FORM **TO BE USED BY PRISONERS IN FILING A COMPLAINT**
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

_Jerome Curry #1291270_

**CV313  064**

(Enter above full name of plaintiff or plaintiffs)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 AUG 29  AM 10: 00
CLERK _CAdams_
SO. DIST. OF GA.

v.

_Commissioner of Department of Corrections Brian_
_Owens, Warden Jose Morales, Deputy Warden Larry_
_Butts, Deputy Warden Tim Jones, Unit Manger_
_James Jackson, Chief Counselor Ms. Tracey Lumpkin etc._
(Enter above full name of defendant or defendants)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                    Yes  ✓  No ____

If your answer is ____ describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs:  _Same parties listed in the above application_

Defendants:  _Same parties listed in the above application_

2.    Court (if federal court, name ____ ____, name the county):

_District Court for the Southern District of Georgia_

3.    Docket number:  _under CV113-034 in which was dismissed_

4.    Name of judge  _Judge J. Randal Hall_

5.    Disposition
      (for example, was the case dismissed? appealed? Is it still pending?):

      _dismissed & Appealed_

6.    Approximate date of filing lawsuit:  _June 17, 2013_

7.    Approximate date of disposition:  _August 13, 2013_

8.    Were you allowed to proceed in forma pauperis (without prepayment of
      fees)? _I sent Petition for Order I never filled out_ Yes __✓__ No _____
      _papers or Application to proceed in forma pauperis_

B.    While incarcerated or detained in any facility, have you brought any lawsuits in
      federal court which deal with facts other than those involved in this action?
                                                    Yes __✓__ No _____

      If your answer to B is yes, describe each lawsuit in the space below. (If there is more
      than one lawsuit, describe the additional lawsuits on another piece of paper, using the
      same outline.)

1.    Parties to previous lawsuit:  _To the best of my knowledge_

      Plaintiffs:  _Jeremie Curry_

      Defendants:  _Harold A. Hinesley, et al. Curry. V. Yang 2:11-cv-01687-TMC (D.S.C Nov 6, 2011)_
      _Curry. V. Charleston Cnty. Det. Ctr 0:10-cv-02823-HFF (D.S.C. July 25, 2011) &_
      _Curry. v. Hughston 2:11-cv-00487-HFF (D.S.C. April 14, 2011)_

2.    Court (name the district):

      _Southern District of Georgia / District of South Carolina_

3.    Docket number:  _CV113-034 / 2:11-CV-01687-TMC / 0:10-CV-02823-HFF / 2:11-CV-00487-HFF_

4.    Name of judge assigned to case:  _Judge J. Randall / others unknown at time_

5.    Disposition
      (for example, was the case _____ it still pending?):

      _dismissed yet I did filed an appeal casenro: CV113-034_

6.    Approximate _____ _Can't recall exact dates_

7.  Approximate date of disposition:  *Can't recall exact date*

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes  ✓  No _____

C.  As to any lawsuit filed in federal court where you were allowed to proceed *In forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                Yes _____ No ✓
*one*

1.  If your answer to C is yes, name the court and docket number for each case:

*Curry V. Yang 2:11-CV-01687-TMC*
*( D.S.C Nov 8, 2011)*

II.  ace of present confinement:  *Johnson State Prison*

A.  Is there a prisoner grievance procedure in this institution?  Yes ✓  No _____

B.  Did you present the facts relating to your complaint to the appropriate grievance committee?                     Yes ✓  No _____

C.  If your answer to D is yes:

1.  What steps did you take:  *Filed prison grievances in which some where denied and some where not accepted or even filed when I turn them in. It was given back to me by Counselors while I was in lock up unit lockdown 24 hours a day in two men cell*

2.  What was the result?  *Most of my grievances has been given back to me and not filed, others have been denied due to ▇▇▇ grievance being heard before same officials that are violating civil rights*

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                Yes ✓  No ____

If yes, what was the result? Grievance denied see attachment of all Exhibits A - F. Grievances are being heard before officials that I have filed grievances and complaints against and therefore being denied violating due process fair proceedings

D.  If you did not utilize the prison grievance procedure, explain why not: The only reason I did not utilize the grievance procedure in some of my claims is due to the fact that some officials that was violating my civil Rights was some officials that was hearing grievances and denying them and some of the grievances that I did try to file was given back to me. I was not receiving fair hearings

## IV.  Parties

(In Item A below, list your name as plaintiff and current address.  Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff:  Jerome Curry #1291270
Address:  Johnson State Prison / P.O. Box 344
Wrightsville, GA 31096

(In Item B below, list the defendant's full name, position, place of employment, and current address.  Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant:  Commissioner of Department of Corrections Brian Owens
Position:  Commissioner of Department of Corrections
Place of employment:  Georgia Department of Corrections
Current address:  Georgia Department of Corrections / 2 Martin Luther King Dr. Drive, S.E. Twin Tower-East Room 854 Atlanta, GA 30334

C.  Additional defendants:  Warden Jose Morales, Deputy Warden Larry Butts, Deputy Warden Tim Jones, Unit Manger James Jackson, Chief Counselor Tracey Lumpkins, Counselor Mr. Brown, Officer Brown of J.I Unit, Inmate Affairs Shevondah Fields, L.T. O'Neal, Counselor Ms. Cason, Counselor Ms. Norris, L.T Bevley, Sgt. Dennis of the Cert team & two cert team officers one white and one Black names unknown; officers Ms. Robinson, Director of Mental Health, Mental Health Counselors D.R. Investigator Ms. Thomas, Counselor Ms. Briggs, Sgt. Forman, & Johnson State Prison Medical Nurses & staff

V.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See attachments in petition for order, Motion to Amend Complaint / Order For Temporary Restraining order, motion for leave to Amend Complaint for Temporary restraining order and demand for federal Court to Step in and conduct investigation A.S.A.P & Motion for Summary Judgment inwhich I am sending with this Application to be filed on my behalf. due to it being to many issue and Statement of Claim to state within this Complaint form therefore see attachments. Please accept attachments as statement of claim and memorandum of Law all as one document to limit amount of papers used. I was placed in lock-down unit J-1 on three different dates and times without any disciplinary charges & denied mental Health assistance treatment denied mental Health medication as of up till this day even though I suffer from Bipolar Disorder, P.T.S.D, & Schizophrenia Paranoid type I have been off of medication since Dec of 2012 I requested to be place back on Medication and mental Health Staff & Director refused making fake statements & producing false documentation stating that I refused to take medication and that was reason I was taken off of Medication inwhich was lie. If I had refused medication like they stated I would have received an disciplinary charges for failure to take medication why haven't I been charged and this would be a part of my disciplinary record as per policy. Mental Health produce fake documents as to state that I refused medication if I refused medication I would also have to sign refusals as per policy. The real reason I was taken off of medication was due to my request and thought I could do without them therefore this Black Female Doctor over the TV, name unknown took me off last year 2012 and Stated to me that if I ever felt that I need to be place back on medication to let officials of Mental health known inwhich I did many different times & was denied and lied on about refusing medication. I was placed in lockdown lock down 24 hours a day in two men cell that was never clean without any disciplinary Charges on 2/28/13 until 4/13, on 6/1/13 until 6/19/13. without any disciplinary charges and on 8/8/13 until right now. I never was allowed to Clean Cell, go outside for fresh air they hand me in cell where door window & outside window is covered up so I can't see anything Locked in this cell 24 hours a day out only on Mon Tues Weds. for Shower only. I was force to shave by Warden Butts even though I had no Shaving Profile. I was denied all these rights and more by all Defendants in this Application See Attachments

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

Jerome Curry,                      )
     Plaintiff              )
                )
                )
                ) ████████████
    Vs.                            )
Commissioner of Dept. of Corrections Brian Owens )
                etc. )
████████████ ,
    Defendants

## ATTACHMENTS PETITION FOR ORDER/STATMENT OF CLAIM  V.

Now comes Plaintiff Jerome Curry, pro,se with petition for order to enforce the Department of Corrections to give me access to the Courts, use of the Law Library, & Due Process to the fifth and fourteenth Amendment in Cause why I should be held inside of Lock-up Unit J-1 unit 24 hours a day without service of Charges as per due process fifth and fourteenth amendment. Due process states to meet the requirements of due process, the state must afford notice and an opportunity to be heard at a meaningful manner. On June 1, 2013, I asked Counselor Ms. Lumpkin here at Johnson state prison what was the reason for her giving me a false statement concerning me being able to go to a T.C. Center (work release) and she had me placed in the hole lock-up stating that I called her a liar without any Disciplinary Charges I was never served nor issued any Disciplinary Charges. Thus Violating my fifth and fourteenth Amendment Right to due Process of law under the United States Constitution. On June 5, 2013, I advised Warden Jones of this fact inwhich he stated to me that I have no rights to due Process of Law the Department of Corrections (S.O.P) states that charges must be served upon inmate within 24 hours of the date of offense unless inmate must be released from out of the hole lock-up or charges must be dismissed. Warden Jones stated to me that no matter what the Department of Corrections S.O.P states they can do what they want to here at Johnson State Prison and that they can keep me inside of the hole lock-up as long as they want to. Officer Brown here inside of lock-up stated to me call a lawyer if I wanted assistance and relief concerning this matter.

I wrote a inmate grievance concerning these issues on June 5, 2013 but the Canselors here at Johnson State Prison refused to get grievance form and turn it in for me so that it could be processed therefore I am sending this Honorable Cart this petition. Due to this action and being placed inside of the hole lock-up inside of a cell for 24 hours a day I am only allowed to get two law cases a week to help assits me in my pending lawsuit that is pending before this Honorable court case no: CV113-034 how can I be able to make court deadlines when I am only allowed two law cases a week while inside of this hole yet I am allowed to have up to (3) books from the main Library with unlimited payes I feel that is discrimination and violation of **equal protection** How would I ever be able to meet court deadlines at the rate of only being allowed two cases a week to study that would be a disadvantage towards me and my pending Civil Rights lawsuit within this Honorable Cart. Furthermore I have a early release date set by the Parole Board of Georgia set for July 31, 2013, by me being inside of the hole this makes my chances of getting a early release unlikely even though I have not been charged and convicted of any Disciplinary charges. I am also being forced to be housed inside two men cell while Warden know that I have been ganged by blood gang memembers back in Feb 28, 2013, here at Johnson state Prison inwhich these inmates and other blood gang memembers threaten to take my life knowing these stated facts officers and warden refuses to house me in cell by myself. I filed a grievance against this matter also and grievance was denied by the Warden stating I could not be placed on Protective Custday. I petition this Court that this Honorable Court send Order to the Department of Corrections & Johnson state Prison Wardens & officials mandating them to address all of these issues stated here today within this petition due to the fact that the Department of Corrections & Staff refuses honor my rights and request there fore I feel that I have done everything within the law required of me as an inmate to do concerning this matter I have try to resolve this matter within the Department of Corrections inwhich I receives no Justice towards this matter they feel that they do not have to honor any prisoner Constitutional Rights because I am a prisoner. Therefore I pray that this Honorable Court address these issues on my behalf and order the Department of Corrections to respect my Constitutional Rights and uphold the Constitutional Rights I have as a human being, citizen, and prisoner of the United States. I also ask this Honorable Court to ensure me that no wrongful actions will be taken against me by the Dept. of. Corrections for my filing of this petition.

CONFIDENTIAL

Attachment 1
SOP IIB05-0001

Offender GRIEVANCE FORM

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME  *Jerome Curry*   OFFENDER NUMBER  *1291270*

INSTITUTION   JOHNSON STATE PRISON   GRIEVANCE NUMBER

DATE COMPLETED FORM RECEIVED FROM OFFENDER   BY _____

DATE APPEAL RECEIVED   BY _____

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On June 1, 2013, I asked Counselor Ms. Lumpkin what was the reason for her giving me a false statement concerning me being able to go to a T.C. Center (Work Release) and she placed me in the hole without any Disciplinary Charges I was never served nor issued any Disciplinary Charges. Thus violating my fifth and fourteenth Amend. Right to due Process of law under the U.S. Constitution Supreme law of the land. On June 5, 2013, I advised Warden Jones of this fact inwhich he stated to me that they do not have to charge me with anything yet I still can be held inside of the hole without any Paperwork and that I have no rights to due Process of Law the SOP states Charges must be served upon inmate with 24 hours of the date of offense inwhich I have been denied.

RESOLUTION REQUESTED:

I would like to be released back to the West-Yard D-1-A so that I can still be able to go to the law Library to study for my Pending Civil Rights lawsuit for false Arrest/False imprisonment due to the fact that I am limited while inside of J-1 inwhich I am being held against my own free-will in further violating my Constitutional Rights to Due Process fifth and fourteenth Amendment to the United States Constitution inwhich is supreme law of the land which must be followed inwhich no other law can change, modify, or abolished.

_Jerome Curry_          _June 5, 2013,_
OFFENDER Signature      Date

*Is this grievance being filed within the 10 day time limit? Please answer*   Yes or ◯ No .  *If the answer is No, please explain why.*

-----------------------------------------------------------------

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: _____   I.D. #: _____

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: ____/____/____   COUNSELOR'S SIGNATURE _____

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

PI-2001 (REV. 10/01/98)

(3.)

## Damages I received due to unlawful actions

1.) I have been placed inside of lock-up the hole, denied access to the Law Library which is two to six hours a week to study for pending Civil Rights lawsuit. Now I am only allowed to receive two cases per week to study law for pending Civil Rights lawsuit; Denied Mental Health Medication

2.) I have been force to be housed inside two men cell inside of lock-up unit 24 hours a day only time allowed out of cell is Mon, ▇, Weds, Fri, for Shower, Not allowed to clean cell, Cell has rats

3.) I have been denied to enjoy fresh air and reckreation outside of cell, I have been denied to go to the chaplain services for church, I have been denied Mental Health Assistance from counselor

4.) I have been denied chance to go to T.C. center (Workrelease) where I could have worked for income and help support and save money to help assist my 5 year old son and his mother; At risk of being denied early release for July 31, 2013 by Georgia Parole Board by being in lock-up (hole).

## Constitutional Rights that have been violated

1.) Human Rights, Rights as a citizen of the United States, United States Constitution fifth Amendment, United States Constitution fourteenth Amendment. Civil Rights, Violation of 8th Amendment, Procedural Due Process under the 14th Amendment, Violation of equal protection of the laws under the 14th Amendment and discrimination in treatment

## Defendants that violated Rights

1.) Commissioner of Department of Corrections Brian Owens,
2.) Warden Jose Morales
3.) Deputy Warden Larry Butts
4.) Deputy Warden Tim Jones
5.) Unit Manager James Jackson
6.) Chief Counselor Tracey Lumpkin
7.) Counselor Brown
8.) Officer Brown of J-1 Unit
9.) Inmate Affairs & Ombudsman Unit Shevondah Fields
10.) L.T. O'Neal
▇▇▇▇▇▇▇▇▇▇
11.) Counselor Ms. Cason
12.) Counselor Mr. Brown
13.) L.T. Brewley
14.) Sgt. ▇▇▇ Dennis of The Cert Team
15.) Officer Brown of J-1 Unit

16.) Officer Ms. Robinson
17.) Director of Mental Health
18.) Mental Health Counselors
19.) D.R. Investigator Ms. Thomas
20.) Counselor Ms. Norris
21.) Sgt. Forman
23.) Counselor Ms. Braggs

(4.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

Jerome Curry #1291270

V.

Commissioner Brian Owens, Warden Jose Morales, Deputy Warden Larry Butts, Deputy Warden Tim Jones, Unit Manger James Jackson, Chief Counselor Tracey Lumpkin, Counselor Brown, Officer Brown of J-1 Unit, Inmate Affairs & Ombudsman Unit Shevondah Fields, officer Ms Robinson etc,

Motion FOR LEAVE TO AMEND COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND DEMAND FOR FEDERAL COURT TO STEP IN AND CONDUCT INVESTIGATION A.S.A.P.

## MEMORANDUM OF LAW

## ATTACHMENTS

## JURISDITIONAL STATEMENT

Now comes Plaintiff Jerome Curry pro se with Motion for leave to amend complaint pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P. request leave to file an amended Complaint. Justice and constitutionals Rights are not based upon race, black or white, educated or uneducated, poor or rich, free persons or prisoners, justice and constitutional Rights are intend to be based upon fairness human rights and the rights granted to every human being upon earth by God our Father and no man or any state nor any government officials should have the power to deny any persons of such rights under law as a citizen and human being of the United states this is not justice at all in its lowest degree. The Constitution is the Supreme law of the land inwhich no other law can change, modify or do away with All government officials are required to uphold a ███████ person's rights under the Constitution and has a sworn oath and duty to uphold free persons or prisoners constitutional Rights and the Federal Court has jurisdiction to step in when a person Civil Rights, Constitutional Rights and human rights are being violated. Failure of the courts to step in would be an abuse of discretion and violation of due process to the United States Constitution. •

## STATEMENT OF FACTS

On August 7, 2013 I plaintiff Jerome Curry #1291270 was denied by officer Ms. Robinson, L.T. Brewley and Mental Health staff concerning my Mental Health treatment I am a inmate that suffers from bipolar disorder, schizophrenia paranoid type, and P.T.S.D inwhich left untreated I have a history of paranoia, difficulity thinking clearly and delusional thinking inwhich I am not accountable for any actions that take place at time of such feelings. Therefore I requested to be seen by Mental Health since April of 2013 I advised staff, Medical, Mental Health Director Unit Manger Jackson and general Counselor of this fact yet I received no treatment I have filed grievances concerning this matter to receive no assistance at all whatsoever.

(1.)

furthermore on August 7, 2013 I advise unit Manager Jackson of all these stated facts inwhich he stated that I would be seen by Mental Health on that date of August 7, 2013 inwhich I never was seen by Mental Health. At this same date and time I spoke with Counselor Ms. Braggs concerning these issues inwhich I advised Counselor Ms. Braggs of these facts and further stated to Counselor Ms. Braggs that I was feeling paranoid and would like to be placed back on Mental Health Medications and placed inside lock-up in one man cell until maximum release date of 9/11/13 due to my feelings of being paranoid and that I did not want to become to ill that I would not know what I am doing for my safety as well for the safety of staff and inmates therefore I requested these things from Counselor Ms. Braggs therefore Counselor Ms. Braggs got on the phone inside of her office inside Dorm D-1-A here at Johnson State Prison and told staff what I had just stated to her. About 5 mins. later L.T. Brewley, Sgt. Dennis of the Cert Team along with two other Cert Team officers came inside Counselor Ms. Braggs office and Sgt. Dennis of the Cert Team grab me and push me against the wall and further stated to Counselor Ms. Braggs to get out the office after Sgt. Dennis grab and pushed me against the wall he hit me in my chest and looked me in my eyes and stated to me you threaten my female officials as I stood against the wall with both of my hands up to the sky ████████ I stood against the wall with both of my hands held up to the sky so that officials standing there could see that I did not do anything or provoke this officer to do what he kept doing to me as he kept hitting me in the center of my chest stating that I threaten his female officials threaten him like that therefore I stated to Sgt. Dennis and the rest of the officials there are you all going to do me like "Trayvon Martin" and make up a false statement of what really happen. I further stated to these officers that I never threaten anyone at all whatsoever all I was trying to do is get the Mental Health treatment that I am required to receive. Therefore these officers placed me in handcuffs and stated to the officers to take me to lock-up and change me with verbal threat inwhich I never once did. I was force to be place inside two man cell ████ in disregard of my mental Health feelings of being paranoid also knowing that I have been ganged in the pass in Feb of 2013 by some blood gang members inwhich they threaten my life. Now I am in two man cell subject to be housed in two man cell with other blood gang members that threaten my life. The cell that I have been placed in is very hot and unclean it smells like someone has used the restroom on the floor and walls of this cell. I have been denied clean supplies all together to clean cell with. Furthermore I receive no disciplinary charges I have not been seen by anyone or served with any disciplinary charges. On August 10, 2013 I advised Warden Butts about these stated facts as well as the fact that cell is unclean and I am being denied cleaning supplies therefore Warden Butts stated I have no rights and if I do not shave the hair on my face by Monday they will come inside my cell and beat me and take all my legal documents, Bible etc. and place me back inside cell with nothing naked and without anything to sleep on even though I have a no shaving profile see Exhibit(B) see also Exhibit(A) grievance inwhich was turned back to me. I am in danger of my health, life, well being and, safety and I have no one to help me ███ in this matter therefore I request Court to step in A.S.A.P before I am hurt.

(2)

## CASE LAWS TO SUPPORT COMPLAINT

According to the case of Gillis v. Litscher, 468 F.3d 488 (7th Cir 2006) it states in part that Sanitation and Personal Hygiene: Prisoners are entitled to sanitary toilet facilities Despain. V. Uphoff, 264 F.3d 965 (10th Cir 2001), proper trash procedures, no roach or rat infestations and basic supplies such as toothbrushes, toothpaste, soap sanitary napkins razors, and cleaning products I have been denied all of thee above by officials here at Johnson State Prison. Furthermore according to the Georgia Department of Corrections Standard Operating Procedures IIB02-0001 it states in part that disciplinary charges must be served on the inmate within 24 hours of the Wardens or Superintendants or designee's receipt of the written report of investigation (or written report of the findings at the prison or center where the infraction occurred unless the inmate has been transferred, the responsible staff person assigns the disciplinary case code and logs the report, then forwards the disciplinary report to the investigator. Hearings will be held no sooner than 24 hours after official notification that charges have been delivered to the accused inmate. Failure to follow such guidelines Charge will be dismissed I have been denied all of these stated procedures by officials here at Johnson State Prison. According to the case of Wolff. v. McConnell 418 U.S. 539 it states that prisoners have the right to receive notice (know about) the charges against him at least twenty-four hours before your disciplinary hearing is scheduled to begin An oral (Spoken) explanation of the charges is not sufficient the charges must be in writing and they must be clear enough to allow prisoner to prepare your defense Inorder for disciplinary charges and hearing to be in accordance with due process, In prison disciplinary proceedings due process require that written notice of the charges be given to the inmate. This also was violated against me by the officials here at Johnson State Prison. In the case of Bowring v. Godwin an important early decision, the fourth circuit explicitly extended the right to medical care to mental illness treatment noting that there is no underlying distinction between the right of a prisoner to medical care for physical ills and its psychological or psychiatric counter part. See Bowring v. Godwin 551 F.2d 44, 47 (4th Cir 1977), See also Madrid. V. Gomez 889 F.Supp. 1146 (1995) There are certain conditions under which isolating prisoners with mental illness can cross constitutional bounds. Several federal Courts have found that even though segregation does not by itself violate the Constitution, isolation can pose particular risks for those with mental illness or on the verge of developing mental illness see Madrid V. Gomez 889 F.Supp. 1146 (1995) finding the risk of isolating prisoners with mental illness or those likely to develop mental illness is unreasonable and violates 8th Amend. See also case of Greason. V. Kemp 891 F.2d 829 (1990)

## CONCLUSION

Based upon these stated facts I request and pray that this Honorable Court step in to investigate this matter A.S.A.P. and before maximum release date of 9/14/13 I am in fear of my life I need my Mental health Medications inwhich I am being denied, held in lock-up unlawfully. I further state for the record that if the Court does not receive any legal documents from me after this document or I fail to respond to Court order that means the officials here have taken everything from me. I have no one else to turn to my procedural due process rights 14th, 5th Amendment to the Constitution, 8th Amendment and Freedom from Assault under 5th, 8th, & 14th Amendments have been all violated as well as Grooming Policy See: Demoss. v. Crain 636 F.3d 145, Couch. V. Jabe 679 F.3d 197, & Smith. v. Ozmint 578 F.3d 246

(3)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

Jerome Curry #1241270

)
)
)
)
)
) Motion to Amend Complaint / Order for Temporary Restraining Order
)
) Against Defendants in petition for order ▬▬▬▬▬▬
)
VS.                                       )
Commissioner Brian Owens; Warden Jose Morales, )    MEMORANDUM OF LAW
Deputy Warden Larry Butts, Deputy Warden Tim )
Jones, Unit Manger James Jackson Chief Counselor Lumpkin )
etc. )
▬▬▬▬▬

ATTACHMENTS Motion To Amend Complaint / Order For Temporary
Restraining order

Now comes Plaintiff Jerome Curry #1241270 with motion to amend complaint / order for temporary restraining order on 6/27/13 I was called to the counselors office here at Johnson State Prison to sign my release papers along with other inmates that signed release papers on this date before Counselor Ms. Cason every inmate that signed their release papers on 6/27/13 were released on 7/1/13 on 6/27/13 I signed released papers, I signed for colthing size for my release as well as for a bus ticket to be sent back to South Carolina upon my release and I was told to provide a address inwhich I did. On this date of June 27, 2013 inmate Shamar kierre Ramsey # 1000155510 signed his release papers also to be released on July 1, 2013 every inmate that signed release papers on 6/27/13 was released on July 1, 2013 except me and inmate Shamar kierre Ramsey #1000155510 Chief Counselor Ms. Lumpkin here at Johnson State Prison stated to inmate Shamar kierre Ramsey#1000155510 that he could not be released again because he had pending charges inwhich was a false statement this inmate did not have any pending charge. This Chief Counselor Ms. Lumpkin and staff here at Johnson State Prison I believe had something to do with me not being released after signing of my release papers this is the same Counselor that I filed petition for order against for placing me inside of lock-down Unit from June 1, 2013 to June 19, 2013 without the service of any charges I was further found guilty of a charge after being released from out of lock-up inwhich I appealed to the Department of Corrections I was found guilty based upon officers report here that I committed misconduct against Counselor Ms. Lumpkin and was told by hearing officer on June 26, 2013 that if his officer states in charge papers that he served me with disciplinary charges than he has to go by that statement alone without any service of proff. I was held inside lock-down J-1 unit for 19 days without service of any charges nor was I seen by any one during this whole time yet these officers made false statement that I was served and seen. They have no documents to prove this all they have is the officers statement alone inwhich its my word against his word and they took my word over my word like this officer cannot lie. I filed an appeal, A inmate grievance, and a petition for order inwhich I filed with this Honorable court entered on 6/13/13 refered to the Honorable Judge Brian k. Epps. I request injunction relief a restraining order against these defendants because I feel that if they violate my rights in such a way it is no telling to what degree they will take in keeping me in prison unlawfully like they are doing inmate Shamar kierre Ramsey #1000155510 inwhich they are denying his release. I request my release and seek punitive damages also for discrimination violation of equal protection and violation of due process in disciplinary proceedings, & false imprisonment

(1) A.

Attachment to statement claim

B.

Warden Jones stated to me that no matter what the Department of Corrections (SOP) states they can do what they want here at Johnson State Prison and that they can keep me inside of the hole as long as they want to without bringing me before a hearing board on charges inwhich they had on my chart inside the hole that I was being held for failure to follow, Even though I was never issued, served, or brought before no hearing officer for such charges. On June 6, 2013 I asked Counselor Brown to turn in inmate grievance form for me addressing these issues inwhich after reading such grievance he stated that he could not turn in such grievance for me and that I could not file any grievance for being inside of the hole (lock-up) in cell 24/7 therefore he gave grievance back to me. Due to this action and being placed inside of the hole lock-up inside cell for 24 hours a day I am only allowed to get two law cases a week to help assist me in pending civil rights lawsuit for false arrest / false imprisonment inwhich I have court orders to respond to in timely manner inwhich I cannot due to being inside hole and limited access to the Courts, law library. I am only allowed to have two cases per week from law library no matter if I have a court order yet I am ▋ allowed to have up to (3) books unlimited pages from the main library while inside of the hole. How could I ever be able to meet court order deadlines at the rate of only being allowed two cases a week from law library and I have a Pending Civil Rights false arrest / false imprisonment lawsuit pending before court as well as an Appeal in State Court for unlawful extradition / false arrest this is a disadvantage ▋ towards me and my case I further feel that this is discrimination and violation of equal protection of the laws for inmates to be allowed (3) books from main Library yet only allowed 2 cases a week to help assist and fight against unlawful conviction, sentences, and pending civil Rights suits. I further feel that it is discrimination for Johnson State Prison to allow inmates that are in the hole lock-up on charges and brought before a disciplinary hearing officer found guilty and released back to their housing units while I am here housed inside the hole lock up for charges that has not been filed, issued, served, or brought before a hearing officer to determine whether I am guilty or not yet be forced to be housed inside cell 24 hours a day while out only on Mon, Wed, and Fri for shower. I have been denied to enjoy fresh air and recreation outside of cell, I have been denied to go to chaplain services for church, denied chance to go to Transitional Center where I could have worked to earn money while in confinement; And at risk of being denied early release for July 31, 2013, by Georgia Parole Board by being in lock-up hole. Counselor's are required to visit & check on inmates while inmates are in hole I am being denied this also as well as mental health treatment for my bipolar disorder, paranoid Illness and P.T.S.D. I am also inside cell that is hot with no air within cell while being denied recreation to fresh air. Thus violating the United States Constitution to equal protection of the laws, fifth and fourteenth Amendments, access to the Courts Counselors & officials refuses to notarize legal documents for me while inside hole, I am being denied monthly access to a writing pen for indigent legal supplies provided by the library to proceed with pending cases I am forced to get Pens from inmates that are inside of hole, I am being denied all of these things by all defendants. I request that this court enforce Johnson State Prison officials and Wardens to uphold my Constitutional Rights due Process and other constitutional rights inwhich is law of the land Supreme law inwhich I request Court to order defendants to conform to. As well as prison Policies & procedures right of citizen of United States, rights as a human being, freedom of locomotion, & Civil Rights & freedom from violation of 8th Amendment

(1.J.B

On June 1, 2013, I asked Chief Counselor Ms. Lumpkin here at Johnson State Prison what was the reason for giving me a false statement concerning being able to go to a T.C (workrelease center) and she had me placed inside the hole lock-up Unit lock-down in cell 24/7 stating that I called her liar without any disciplinary Charges being served upon me at all whatsoever. On June 19, 2013, I was released from out of the hole on June 24, 2013 I was Called out to meet with a disciplinary investigator inwhich this investigator stated to me that I have been Charged with insubordination Code B-13 and failing to follow instructions. The disciplinary investigator further stated to me that I would be brought before a Hearing officer for these charges on June 26, 2013 I advised the disciplinary investigator of the fact that I was never advised, served, or spoken to by ██ no one Concerning these Charges at all whatsoever and further spent 19 days within hole for this lock down 24/7 denied mental Health treatment and all I have not seen mental health Counselor's since April of 2013 and I am a level(2) mental Health inmate that suffers from Bipolar Disorder, Post Traumatic Stress Disorder and Schizophrenia inwhich I have not received any medications for since December of 2012. Even though I request help from mental Health. I advised the disciplinary investigator of all these stated facts yet she stated that she can only go by what the disciplinary states and the disciplinary report stated that I was served Charges by Sgt. Hall on June 2, 2013 at 08:00 hours inwhich was a false Statement. On June 26, 2013 I advised the hearing officer L.T. O'Neal of all these stated facts inwhich he still found me guilty stating that he can only go by what the officer statement states and based upon the officer Sgt. Hall statement of serving Charges upon me within 24 hours on July 2, 2013 at 0800 hours he found me guilty inwhich I received 7 days Iso probated for 30 days, 60 days Store, and package restriction. I have appealed this decision on June 28, 2013, on July 3, 2013 I spoke with Sgt. Hall inside of the kicten at 4:30 or 5:00pm inwhich I told him that if he served charges on me on June 2, 2013 inwhich I also showed him a copy of the disciplinary Charges with his signature stating that he served charges upon me on June 2, 2013 Sgt. Hall stated that he did not serve charges on me and that he was going to get with the hearing officer L.T. O'Neal to advise him of this fact. As a result of me being found guilty I was not released from prison by the Parole Board inwhich I signed release papers for on June 27, 2013, Not only was I inside hole lock down 24/7, denied mental health treatment; I was further denied a release inwhich I had a T.P.M parole release date set at: 7/31/13 inwhich I signed release papers for on June 27, 2013, Thus violation of due process violation of ██ 8th Amendment. I declare under penalty or perjury that statements are true and Correct.

According to the Supreme Court Case of Wolff .v. McDonnell it states you have the right to receive notice (know about) the charges against you at least twenty four hours before your hearing is scheduled to begin. An oral (spoken) explanation of the charges is not sufficient. The charges must be in writing, and they must be clear enough to allow you to prepare your defense. Inorder for disciplinary charges and hearing to be in accordance with due process. Wolff. V. McDonnell 418 U.S 539, The Courts also clarified that the fact finder must provide a written statement of the evidence that he relied on and the reasons for the disciplinary action taken See Baxter.v. Palmigiano 425 U.S 308, Wolff.v. McDonell also guarantees your constitutional right to receive from the hearing officer, a written statement of the evidence relied upon and a statement of the reason for the decision. This requirement prevents the hearing officers from merely stating that you were found guilty of a particular offense based on certain interviews and reports without providing enough detail. The hearing record must include reasons for the decision, copies of any reports relied on, and summaries of interviews conducted. The written statement and the tape recording of the hearing will be central parts of your disciplinary hearing record. This record is very important; the court will examine it if you seek judicial review of an unfavorable disciplinary hearing decision in state or federal court. At the hearing disciplinary hearing held on June 26, 2013 there was no recording of the record Georgia department of Corrections does not have no tape recordings of the record in disciplinary proceeding inwhich I believe is violation of due process. I request of this Honorable Court to review this Judgment made against me by the disciplinary board here at Johnson state Prison inwhich I was found guilty of on June 26, 2013. I seek Punitive damages, and compensatory damages of $100,000 for all of the violations done against me by Johnson State Prison officials in there whole entirely and as indivially for violation of 8th Amendment, 4th & 14th Amendment, Human rights, Rights as a citizen, Civil Rights. Damages inwhich I received I was locked down in cell 24 hours a day for 19 days, denied access to the law library which was two to six hours a week to study for pending Civil Rights lawsuit to only being allowed to receive to cases a week to study for pending civil Rights lawsuit, I have been forced to be housed inside two man cell locked down 24 hours a day for 19 days only time allowed out of Cell was Mon, Weds, and Fri for shower, was denied to clean cells, denied meeting with General Counselor and Mental Health Counselor even though I am mental Health inmate Level 2 suffering from Bipolar disorder, Post Traumatic Stress Disorder (P.T.S.D.) and Schizophrenia inwhich I am still being denied Mental health treatment even after requesting treatment everyone else on mental Health care loads are seen and check on, thus violation of 8th Amendment, I was denied fresh air out side reckreation outside Cell for 19 days denied to go to the Chaplain services for Church, I have been denied workrelease were I could have worked and make money to help support my 5year old son, And denied early release even though I signed release papers on June 27, 2013 all other inmates that signed release papers on 6/27/13 was released on 7/1/13 except me this also discrimination/violation equal protection all laws, policy and Statutes were violated concerning disciplinary proceedings against me as well as U.S. Constitution. due Process

3

Georgia Department of Corrections Standard Operating Procedure's IIB02-0001

(3) Deadlines for filing charges: The initial disciplinary report must be completed, filed, and served on the inmate as follows (a) General deadline: Except as indicated below, the initial disciplinary report will be completed, filed, and served on the inmate within 24 hours after discovery that an infraction has occurred. The staff serving the disciplinary report to the inmate will ensure that the copy that is being served to the inmate has a legible factual statement and legible printed names along with signatures of the reporting official and ████████ reviewing officials.

(1.) The Charges must be served on the inmate within 24 hours of the Warden's or superintendants (or designee's) receipt of the written report of investigation (or written report of the finding) at the prison or center where the infraction occurred unless the inmate has been transferred.

(4) Failure to meet filing Deadline: A charge will be dismissed upon failure to meet the appropriate filing deadline, as specified above.

(5.) Staff who may serve charges: The charges may be served on the inmate by any staff member except the Disciplinary Hearing officer who will hear the case.

(1.) Logging the Case: The responsible staff person assigns the disciplinary Case Code and logs the report, then forwards the disciplinary report to the investigator.

(3.) Time frame for Disciplinary Hearings: Hearings will be held no sooner than 24 hours after official notification that Charges have been delivered to the accused inmate, Also hearings will be held within (10) working days after the Disciplinary Hearing officer receives the report of investigation.

(4.) Failure to meet hearing deadline: Failure to meet the 10-day Hearing Deadline or 5-day extensions granted by continuance will result in dismissal or expungement of the charge.

I declare under penalty and perjury that all of these procedures were violated against me in disciplinary proceedings and hearing yet I still was found guilty. Based upon false Statement.

4.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

Jerome Curry #1291270

████████████

v.

Commissioner Brian Owens, Warden Jose Morales,
Deputy Warden Larry Butts, Deputy Warden
Tim Jones, Unit Manger James Jackson, Chief
Counselor Tracey Lumpkin, Counselor Brown,
Officer Brown of J-1 Unit, Inmate Affairs &
Ombudsman Unit Shevondah Fields, Officer Ms. Robinson,
████████████ etc.

Motion For Summary Judgement As In accordance
with Federal Rule of Civil Procedure 56

## ATTACHMENTS SUMMARY JUDGEMENT

## STATEMENT OF Claim

Now Comes plaintiff Jerome Curry #1291270 prose with Motion for Summary Judgement in above entitled case towards Motion for leave Amended Complaint for Temporary Restrainging order, Petition for Order, Motion to Amend Complaint / order for Temporary Restraining order: Against Commissioner of Department of Corrections Brian Owens, Warden Jose Morales, Deputy Warden Larry Butts, L.T. O'Neal, Deputy Warden Tim Jones, unit manager James Jackson, Chief Counselor Tracey Lumpkin, Counselor Ms Cason, Counselor Brown, L.T. Brewley, Sgt. Dennis of the Cert Team, officer Brown of J-1 Unit, Officer Ms. Robinson, Director of Mental Health, Mental Health Counselors, Inmate Affairs & Ombudsman Unit Shevondah Fields; and Officer Ms. Thomas D.R. investigator, as well as Counselor Ms. Norris. Plaintiff bring this motion for summary Judgement to this Honorable Court against all defendants listed above as in accordance with Federal Rule of Civil Procedure 56.

## STATEMENT OF FACTS

On August 13, 2013 Warden Butts came to my cell inside J-1 Unit Cell 210 and got Sgt. Forman and had him make me get a shave by another inmate knowing that I have a no shaving profile and get sores on my face everytime that I do shave with or without a razor. Warden Butts further stated to me that he have the power to take away my shaving profile. I further advised Warden Butts of the fact that I have been inside of J-1 Unit Cell 210 since August 8, 2013 without being served or given notice of any charges nor was there any charges filed against me no one came to speak to me at all whatsoever advising me why I am being held in Solitary Confinement against my own free will. Thus cruel and unusal punishment. Warden Butts further stated to me that I have no due process rights in prison. Furthermore Sgt. Forman tried to force me to go back to 4-1 dorm on August 22, 2013 knowing on Feb. 28, 2013 I was ganged by some blood gang members and they threaten my life when I refuse he charged me with failure to follow instructions. Johnson State Prison Mental Health officials are also producing false documents about me refusing mental **(1.)** Health Medication if I had refuse medication I would have receive a disciplinary for that I have none.

According to the United States Supreme Court Case of Wolf.v. McDonnell 418 U.S. 539 it states in part A prisoner may claim the protection of the due process clause and may not be deprived of his life, liberty or property without due process of law; but the prisoner's retention of due process rights does not imply that these rights are not subject to restrictions imposed by the nature of the regime to which he has been lawfully committed. A person's liberty is protected by the due process clause even when the liberty itself is a statutory creation of the state, the touchstone of due process is protection of the individual against arbitrary action of government. For the minimum requirements of procedural due process to be satisfied in state prison disciplinary hearings, prisoners must be provided with advance written notice in order to inform them of the charges and to enable them to marshal the facts and prepare a defense and at least a brief period of time after the notice, no less than 24 hours, should be allowed to the inmate to prepare for the appearance at the disciplinary hearing. Part of the function of due process requirement of notice is to give the charged party a chance to marshal the facts in his defense and to clarify what the charges are. In proceedings where solitary confinement may be imposed there should be ▓▓▓▓ minimum procedural safeguards as a hedge against arbitrary determination of the factual predicate for imposition of the sanction. A prisoner is not wholly stripped of constitutional protections and though prison disciplinary proceedings do not implicate the full panoply of rights due a defendant in a criminal prosecution such proceedings must be governed by a mutual accommodation between institutional needs and general applicable requirements. Prisoner may claim the protections of the Due process Clause they may not be deprived of life, liberty, or property without due process of Law. Haines.v. Kerner 404 U.S. 519, Wilwording.v. Swenson 404 U.S. 249, and Screws.v. United States 325 U.S. 91. The touchstone of due process is protection of the individual against arbitrary action of government, Dent.v. West Virginia 129 U.S. 114. In the Supreme Court Case of Wolf.v. McDonell 418 U.S. 539 it stated the court hold that written notice of the charges must be given to the disciplinary-action defendant in order to inform him of the charges and to enable him to marshal the facts and prepare a defense. At least a brief period of time after the notice no less than 24 hours, should be allowed to the inmate to prepare for the appearance before the Adjustment Committee. A prisoner does not shed his basic constitutional rights at the prison gate the Supreme Court further stated in Wolf.v. McDonell that some of the constitutional rights of due process that the fourteenth Amendment extends to all "persons"

(2.)

The supreme court in the case of wolf v. McDonnell 418 U.S 539 stated solitary confinement is a loss which can be imposed upon prisoner only after a full hearing with all due process safeguards solitary confinement is a deprivation requiring a due process hearing for its imposition. Due process are required whenever an individual ▮ risks condemnation to a grievous loss. Morrissey v. Brewer 408 U.S 471, Goldberg v. Kelly 397 U.S 254. The fundamental requisite of due process of law is the opportunity to be heard. Goldberg v. Kelly 397 U.S 254. The Supreme Court stated in the case of wolf v. McDonnell 418 U.S.534 we should no more place the inmates constitutional rights in the hands of the prison administration's discretion than we should place the defendants right in the hand of the prosecutor. When a prisoner is isolated in solitary confinement there appear to be two different types of conditions to which he may be exposed. He may be incarcerated alone in the usual disciplinary cell with privileges severely limited, for as long as necessary or he may be put in a "dry cell" which unlike regular cells, contains no sink or toilet. The Supreme court stated in the case of Wolf v. McDonnell 418 U.S 539 the accused inmate is not guaranteed the right to present any defense beyond his own words. Without any right to confront and cross-examine adverse witness the inmate ▮ is afforded no means to challenge the word of his accusers without these procedures a disciplinary board cannot resolve disputed factual issues in any rational or accurate way. The hearing will thus amount to little more than a swearing contest, with each side telling its version of the facts—and indeed with only the prisoner's story subject to being tested by cross-examination. In such a contest, it is obvious that the wrongfully charged inmate will invariably be the loser. Morrissey v. Brewer 408 U.S 471. All of the defendants in this case pending before this Honorable Court violated all of thee above statutes, laws, policy, constitution and case law concerning due process in disciplinary proceedings.

## PLAINTIFFS PERSONAL STATEMENT

Justice and constitution Rights are not based upon race black or white, educated or uneducated, poor or rich, free persons or prisoners, justice and constitutional Rights are intended to be based upon fairness human rights and the rights granted to every human being upon earth by God our father. And no man, State nor any government officials should have the power to deny any person of such rights under law as a citizen and human being of the United states this is not justice or due process in its lowest degree. The Constitution is the supreme law of the land inwhich no other law can change, modify or do away with all government officials are required to uphold a person rights under the Constitution inwhich are their governmental duty inwhich they have sworn an oath to uphold.

(3.)A.

Case 3:13-cv-00064-DHB   Document 1   Filed 10/29/13   Page 21 of 34

In The United States Supreme Court Case of Monell. V. New York City Dept. OF SOC. SERV 436 U.S. 658 it states in part: Protection by the Government mark that protection by the Government, the enjoyment of life, with the right to acquire and possess property of every kind, and to pursue and obtain happiness and safety. Building on this conclusion that citizens were owed protection a conclusion not disputed by opponents of the Sherman amendment, Local government officials in their official capacities are "persons" under § 1983 in cases which a local government would be suable in its own name, Local governments, municipals corporations, and school boards, are "persons" subject to liability under 42 U.S.C.S § 1983 for violating another person's federally protected rights and thus are not wholly immune from suit under § 1983. The Eleventh Amendment is not a bar to liability under 42 U.S.C.S § 1983 which imposes civil liability on any person who deprives another of his federally protected rights. State-law immunities do not override a cause of action under 42 U.S.C.S § 1983 which imposes civil liability on any person who deprives another of his federally protected rights. Local governments sued under § 1983 cannot be entitled to an absolute immunity, lest today's decision be drained of meaning. Scheuer. V. Rhodes 416 US 232. Local governing bodies (and local officials sued in their official capacities) can, therefore be sued directly under § 1983 for monetary, declaratory and injunctive relief in those situations where as here, the action that is alleged to be unconstitutional implements or executes a policy statement ordinance, regulation, or decision officially adopted or promulgated by those whose edicts or acts may fairly be said to represent official policy. In addition local governments like every other § 1983 "person" may be sued for constitutional deprivations visited pursuant to governments official decision making channels. Congress has by legislation affirmatively interfered to protect persons constitutional Rights. Section 1 of the Civil Rights Act simply conferred jurisdiction on the federal courts to enforce § 1 of the fourteenth Amendment. Section 1 without question could be used to obtain a damages judgment against state or municipal officials who violated federal constitutional rights while acting under color of law. Section 1 not only provides a civil remedy for persons whose former condition may have been that of slaves, but also to all people where under color of state law, they or any of them may be deprived of rights to which they are entitled under the Constitution by reason and virtue of their national citizenship. In both Houses, statement of the supporters of § 1 corroborated that Congress in enacting § 1, intended to give a broad remedy for violations of federally protected civil rights.

(3) B,

In the United States Supreme Court Case of Monell. V. New York City Dept. OF. SOC. SERV. 436 U.S. 658 it States in part: Under § 1983 Any person who under color of any law, statute, ordinance, regulation, custom, or usage of any state, shall subject, or cause to be subjected, any person... to the deprivation of any rights, privileges, or immunities secured by the constitution of the United States shall, any law statute, ordinance, regulation, custom, or usage of the state to the contrary notwithstanding be liable to the party injured in any action at law, suit in equity, or other proper proceeding for redress. The Civil Rights Attorney fee's awards act of 1976, 90 Stat. 2641, 42 USC § 1988 (1976 ed) [42 USCS § 1988], which allows prevailing parties (in the discretion of the court) in § 1983 suits to obtain attorney's fee from losing parties. The court below express no views on the scope of any municipal immunity beyond holding that municipal bodies sued under § 1983 cannot be entitled to absolute immunity, lest our decision that such bodies are subject to suit under § 1983 be drained of meaning. Scheuer. V. Rhodes 416 U.S. 232 Cf. Bivens. V. Six Unknown Federal Narcotics Agents 403 U.S. 388. The Supreme Court stated in Monell. V. New York City Dept. of. Soc. Serv. 436 U.S 658 in part: The Sherman amendment is as stated in part: If any person shall unlawfully and with force and violence be whipped, scourged, wounded, or killed by any persons riotously and tumultuously assembled together, with intent to deprive any persons of rights conferred upon him by the Constitution and laws of the United States, or to deter him or punish him for exercising such right, or by reason of his race, color, or previous condition of servitude in every such case the County, city, or parish in which any of the said offenses shall be committed shall be liable to pay full compensation to the person or persons damnified by such offense if living or to his widow or legal representative if dead. Furthermore the Supreme Court stated the Sherman amendment is as follows: Any person or persons having knowledge that any of the wrongs conspired to be done and mentioned in the section of this act are about to be committed and having power to prevent or aid the same (constitutional and Civil Rights violation) shall neglect or refuse so to do, and such wrongful act shall be committed such person or persons shall be liable to the person injured. Defendants in pending suit violated all of thee above I further seek punitive damages from Counselor Ms. Braggs for willingfully lying for fellow officials and Sgt. Forman. I request the Honorable Court to order all defendants in this case to provide Plaintiff with Prison ordinance, regulation, policies, and procedures concerning prisoners rights under due process in disciplinary proceedings and being placed in solitary Confinement within the Georgia Department of Corrections.

Plaintiff request that this Honorable court also refer to the Plaintiff's pro se motion as evidence in which are Motion for leave to file Amended Complaint for Temporary Restraining order, Petition for Order, Motion to Amend Complaint/order for Temporary Restraining order and all other motions in which has been filed by Plaintiff pro se against defendants: Commissioner of the Department of Corrections Brian Owens, Warden Jose Morales, Deputy Warden Larry Butts, L.T. O'Neal, Deputy Warden Tim Jones, Unit Manger James Jackson, Chief Counselor Tracey Lumpkin, Counselor Ms. Cason, Counselor Brown, L.T. Brewley, Sgt. Dennis of the Cert Team, officer Brown of J-1 unit, officer Ms. Robinson, Director of Mental Health, Mental Health Counselors, Inmate Affairs & Ombuds Unit Ms. Shevondah Fields, and officer Ms. Thomas D.R. investigator, as well as Counselor Ms. Norris. Plaintiff seek punitive damages in the amount of $200,000 for violation of Human Rights, Constitutional Rights 4th, 14th & 8th Amendment, Plaintiff further seeks damages for procedural due process violation, Violation of freedom from unlawful detainment against my own free will inside solitary confinement thus the fourth time officials have committed this unlawful action against me in willful disregard to human rights of prisoner and citizen of the United States, Plaintiff seeks $25,000 for those violations and $30,000 for pain & suffering and for being denied Mental Health treatment and Mental Health Medication. Plaintiff demands injunction relief in that all property, assets, and banking accounts be placed on hold that defendants may have until payment is ▮ paid in full. Plaintiff seek damages from all defendants as a whole and individually. On this ▮ 26th day of ▮ August 2013 Plaintiff seeks attorney Fees of $60,000.

---

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE:

This is to certify that I have this day served a true and correct copy of the motion for Summary Judgment by placing in the U.S. prison Mailbox in a proper addressed envelope with adequate postage thereon to the following address: This ▮ 26th day of ▮ August 2013

PERSON(S) SERVED:

Clerk U.S District Court
Post Office Box 1130
Augusta, GA 30903

/s/ Jerome Curry #1291270
Jerome Curry #1291270
Johnson Prison Prison
P.O.Box 344
Wrightsville, GA 31096

(4)

*The Officers + Counselor Ms. Cason Refused to turn Grievance in. while in Lockdown*

CONFIDENTIAL

## Offender GRIEVANCE FORM

Attachment 1
SOP IIB05-0001

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME _Jerome Curry_ | OFFENDER NUMBER _1291270_ |
| INSTITUTION _JOHNSON STATE PRISON_ | GRIEVANCE NUMBER |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER _8/13/13_ | BY _____ |
| DATE APPEAL RECEIVED | BY _____ |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On August 13, 2013 Warden Butts came to my cell inside J-1 Unit Cell 210 and got Sgt. Forman, and had him make me get shave by another inmate knowing that I have a no shaving profile and get sores on my face everytime that I do shave with or without a razor Warden Butts further stated to me that he have the power to take away my shaving profile. I further advised Warden Butts of the fact that I have been inside of J-1 unit cell 210-13 since August 8, 2013 without being served or given notice of charges nor was there any charges filed against me this violating my due process rights inwhich he stated I have no rights. Thus violation of Due Process, unlawful detainment, violation of procedural due process, freedom of liberty from unlawful detainment and violation of 8th Amendment Rights to U.S. Const, Human Rights

RESOLUTION REQUESTED:

I would like to request that Warden Butts be layed off without pay punished to the fullest degree that the law allows for the knowingly and willingfully violation of my Constitutional rights, Civil Rights, human rights and rights as a citizen of the United states and I request that I receive punitive damages for pain and suffering, violation of 8th Amendment Rights, violation of due process, procedural due process, violation of freedom from unlawful detainment and Cruel and unusual Punishment in willful disregards to human rights, of prisoner, And violating 4th and 14th Amendment to the United states constitution.

_Jerome Curry #1291270_   _8/13/13_
FFENDER Signature                     Date

Is this grievance being filed within the 10 day time limit? Please answer   Yes or ○ No . If the answer is No, please explain why.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

FENDER'S NAME: _____   I.D. #: _____

CKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

TE: ___/___/___   COUNSELOR'S SIGNATURE _____

TENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

PI-2001 (REV. 10/01/98)

(5.)

EXHIBIT (F)

5/1/13

## GRIEVANCE APPEAL FORM

Jerome Curry
FFENDER NAME

129|270
I.D. NUMBER

145971
GRIEVANCE NUMBER

I reject the Warden /Superintendent's response to my grievance. The basis for this a
is as follows:

I, Jerome Curry #129|270 do not accept the Warden's response to my grievance
to the fact that I have not spoken with anyone concerning this matter at all what
in the Wardens response he stated that he have taken steps to ensure that this d
not occur in the future. What steps has he taken to ensure that this does not o
in the future because I have not heard or seen any steps that he stated that
took. No one talked with me about this grievance at all whatsoever I have a right
know by what standards or law & procedure that the Warden took inorder to carr
this wrongful action. The only thing I have as an proof of what the Warden dave
the statement made by the warden in the response towards my grievance. I request th
action be taken in this matter and I request as a manner of due process to know
result of the Judgment and actions ordered upon officials ███ for their misconduct.
Furthermore officer Brown was not suppose to give out legal mail in the first place tha
mailroom officials job to do that. I request that they be punished to the fullest degree o
law & Procedures so that this will not take place in the future.

NOTE: The option to appeal a proposed resolution rests with the grievant. All grieva
indicating a desire for appeal will be forwarded to the next level. However, to allow a
review of all issues the grievant wishes considered, he or she should state these rea
clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result
in a general review. **If for some reason this appeal is being submitted later than
allotted time frame, please state clearly reasons why if you wish for this appea
be considered.** This appeal form along with the grievance form must be submitte
your Counselor or Grievance Coordinator.

INMATE'S
SIGNATURE: Jerome Curry                                DATE: 5/1/13
                                                              (Reproduced lo

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

INMATE'S NAME: _____    I.D. #: _____

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER _____ FROM THE ABOVE INMATE.

DATE: ____/____/____    COUNSELOR'S SIGNATURE _____

PI-2001 (REV. 10/01/98

RETENTION SCHEDULE: Upon completion, a copy of this form will be placed in a file in the Grievance Coordinator's office.

Exhibit (C)

Georgia Department of Corrections
Office of Investigations and Compliance
Inmate Affairs and Ombudsman Unit
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

**Nathan Deal**

Governor

**Brian Owens**

Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name:   Curry, Jerome

GDC#: 1291270

Grievance Number:  151818

Facility: Johnson S.P.

**RESPONSE TO APPEAL:**

A member of my staff has reviewed your grievance. Our review revealed that you failed to follow the proper procedure for filling this grievance. The Statewide Grievance Procedure policy states that an offender may not file a grievance concerning involuntary assignment to administrative segregation. Due to your failure to follow policy, the Office of Inmate Affairs and Appeals will not address this grievance.

Lisa Fountain, Interim Manager
Inmate Affairs and Ombudsman

18/07/2013
(date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Offender's signature

8/16/13
(date)

CONFIDENTIAL

**Offender GRIEVANCE FORM**

Attachment 1
SOP IIB05-0001

| INSTITUTIONAL STAFF USE ONLY | | |
|---|---|---|
| OFFENDER NAME _Jerome Curry_ | OFFENDER NUMBER _1291270_ | |
| INSTITUTION    JOHNSON STATE PRISON | GRIEVANCE NUMBER _151818_ | |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER _6/24/13_ | BY _R. Orts_ | |
| DATE APPEAL RECEIVED _7-17-13_ | BY _G. Johnson_ | |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On June 1, 2013, I asked Counselor Ms. Lumpkin what was the reason for her giving me a false statement concerning me being able to go to a T.C. Center (work Release) and she placed me in the hole without any Disciplinary Charges I was never served nor recived any Disciplinary charges. Thus violating my fifth & Fourteenth Amend. Right to due Process of Law under the U.S. Constitution Supreme law of the land. on June 5, 2013, I advised warden Jones of this fact inwhich he stated to me that they do not have to charge me with anything yet I still can be held inside of the hole without any Paperwork and that I have no rights to due Process of Law the S.O.P. states charges must be served upon inmate within 24 hours of the date of offenses inwhich I have been denied. Counselor's further failed to turn this grievance in for me while inside of hole.

RESOLUTION REQUESTED:

I would like to be released back to the west-Yard D-1-A. so that I can still be able to go to the Law Library to Study for my Pending Civil Rights lawsuit for false Arrest/False imprisionment due to the fact that I am limited while inside of J-1 inwhich I am being held against my own free-will in further violating my Constitutional Rights to Due Process fifth and Fourteenth Amendment to the United states constitution inwhich is Supreme law of the land which must be followed inwhich no other law can change, modify, or ablished

_Jerome Curry_                _June 5, 2013_
OFFENDER Signature              Date

*Is this grievance being filed within the 10 day time limit? Please answer    Yes or ○ No . If the answer is No, please explain why.*

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:    **Curry, Jerome**        Grievance Number:    151818

GDC #:        **1291270**            Facility:        **Johnson State Prison**

RESPONSE TO GRIEVANCE:
Rejected - Involuntary assignment to segregation is a non-grievable issue.

_____        _7/10/13____
Warden's/Superintendent's signature        (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_Jerome Curry_____        _7/16/13____
Offender's signature            (date)

_You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator._
_If the last day is not a business day at your institution, you may file it on the next day that is a business_
_day._

Exhibit(D)

Exhibit(D)

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: **Curry, Jerome**

Grievance Number: 153514

GDC #: **1291270**

Facility: **Johnson State Prison**

RESPONSE TO GRIEVANCE:
You received Mental Health services on 6/3/13, 6/5/13, 6/12/13, 6/19/12 and 7/8/13. Medicaiton was discontinued by Psychiatrist Dr. McKinnon on 12/13/12 due to history of non-compliance.

_____          8/6/13
Warden's/Superintendent's signature          (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

X _____          8/16/13
Offender's signature          (date)

> *You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:  **Curry, Jerome**          Grievance Number:     145506

GDC #:          **1291270**          Facility:          **Johnson State Prison**

RESPONSE TO GRIEVANCE:
This grievance is rejected; the dates in question, were involuntary assignments to administration, which are not grievable.

_____          4/16/13
Warden's/Superintendent's signature          (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          _____
Offender's signature          (date)

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Exhibit (F)

JI
MH 01 393941

# DISCIPLINARY REPORT WORK SHEET

Johnson State Prison   545   TPM/ MAX DATE
**INSTITUTION NAME**   **CODE #**

**I. Offender:** Curry, Jerome   Medium   1291270
Name:  Last, First, M.I.   Security   ID Number

**II. Offense Data:**

A. Charge

| | Charge | Code | Plea | Finding | Charge | Code | Plea | Finding |
|---|---|---|---|---|---|---|---|---|
| 1 | Insubordination | B-13 | NG | G | 4 | | | |
| 2 | Failure to Follow | C-15 | NG | G | 5 | | | |
| 3 | Instructions | | | | 6 | | | |

6/01/13   1600   Chief Counselor Tracey Lumpkin
Date   Time of Offense   Chief Counselor Tracey Lumpkin
Signature of Reporting Official

B. Factual Statement: While monitoring Inmates exit the Chow Hall, on the West Side Walk Inmate Jerome Curry #1291270 repeatedly stated to me in a Hostile tone "Why you lie on me & said I have pending Charges." Inmate was instructed to be quiet & keep walking. He ignored me & Continued to yell to me "You lied. I couldn't go to a TC. You just lied. You let these white boys go to a TC. I don't care. I'll do my last 90 days in the ho

C. Reviewed by the appropriate Supervisor Jordan Wicker Lt.   6  1  2013
Signature   mo.   dy.   year

D. Charges served on accused:  6   2   13   0800   Sgt. Byron Hall/Sgt. Byron Hall
mo.   dy.   yr.   time   Signature of Official

**III. Investigative Report:**

A. Summary of Investigation Based upon factual stating statement I recommend to be frwrd to hearing officer. mental health eval responsible

B. coll   Ofc Tammie Thompson /Ofc Tammie Thompson   10-24-13
Title   Signature   mo.   dy.   year

C. Advocate's Name: Ladeisha Norris / Ladeisha Norris

**IV. Hearing Officer's Recommendation:**

Greatest _____ High _____ Moderate _____ Low _____
17 muster to New   6.26-13
Signature   mo.   dy.   year

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings: Based on factual statement.

B. Action Recommended: 7 Day's ISO Probated for 30 Day's
60 Day's Store, Phone, & Package restrictions

C. T.P.M. extension: _____ no   Isolation 7 days ISO Probated for 30 days

VI.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek punitive damages in the amount of $50,000 compensatory damages in the amount of $50,000, Nominal damages in the amount Of $10,000 and Attorney Fees in the Amount of $60,000 for all the Damages that I suffered by the Defendants in this case. I request Summary judgment towards this matter. I further request injunction relief and that all defendants banking accounts, property, assets, etc. be placed on hold until payment is paid in full. I request all defendants within this Complaint be punished to the fullest degree that the law allows for willful misconduct and malicious conduct done against me in violating my civil Rights so that they will not do such actions against anyone else. I further request that all Defendants be placed on leave without pay for malicious Conduct and willful actions

I declare under penalty of perjury that the foregoing is true and correct

Signed this 26th day of August, 2013

Prisoner No. 1291270            Jerome Cumming #1291270

Dear: Honorable Clerk of Court;

I'm writing this Honorable Court requesting that you please file this § 1983 Application on my behalf and send back documentation stating that Application has been accepted and filed on my behalf. Thank you for your time and truthful assistance may you have a peaceful and blessed day.

Sincerely,

/s/ _Jerome Cum_ #1291270

Jerome Curry #1341210
Johnson State Prison / P.O. Box 344
Wrightsville, GA 31096

Clerk of Court
United States District Court
Southern District Of Georgia
P.O. Box 1130
Augusta, GA 30903

"Legal OPEN TO ADDRESSEE ONLY"



Macon PBDC XX 310
WED 28 AUG 2013 AM