**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 NOV 13 PM 4: 17

CLERK _C Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JEROME CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 313-064 |
| | ) |
| BRIAN OWENS, Commissioner of | ) |
| Department of Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, Plaintiff's Motion to Amend and Motion for Summary Judgment are **DENIED AS MOOT**, (doc. nos. 9, 10), and this case shall be **CLOSED**.

SO ORDERED this 13th day of November, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE